**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ARSENAL INTERMEDIATE HOLDINGS, LLC, *et al.*,[1] | Case No. 23-10097 (CTG) |
| Debtors. | (Jointly Administered) |

### SCHEDULE OF ASSETS AND LIABILITIES FOR ARSENAL HEALTH, LLC (CASE NO. 23-10098)

---

1    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Arsenal Intermediate Holdings, LLC (2513), Arsenal Insurance Management, LLC (3990), and Arsenal Health, LLC (5247). The Debtors' mailing address for the purposes of these chapter 11 cases is 7027 Halcyon Park Drive, Montgomery, Alabama 36117, c/o 3H Agent Services, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| ARSENAL INTERMEDIATE HOLDINGS, LLC, *et al.*,[1] | Case No. 23-10097 (CTG) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES TO THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These notes pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements. These notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.[2]

While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete.

The Schedules and Statements have been signed by Michael Wyse, the Chief Restructuring Officer for the Debtors. In reviewing and signing the Schedules and Statements, Mr. Wyse

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Arsenal Intermediate Holdings, LLC (2513), Arsenal Insurance Management, LLC (3990), and Arsenal Health, LLC (5247). The Debtors' mailing address for the purposes of these chapter 11 cases is 7027 Halcyon Park Drive, Montgomery, Alabama 36117, c/o 3H Agent Services, Inc.

[2] These notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and advisors.  Mr. Wyse has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

Disclosure of information in one or more Schedules or one or more Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## <u>GENERAL NOTES</u>

**<u>Reservation of Rights</u>**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to any claim ("<u>Claim</u>") description, or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, security, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of (a) liability, or (b) amounts due or owed, if any, by the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving Claims, substantive consolidation, defenses, equitable subordination, or causes of action, including those arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant bankruptcy or nonbankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in these notes does not limit in any respect the general reservation of rights contained in this paragraph.

**"<u>As of</u>" Information Date**.  Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these notes is provided as of January 26, 2023 (the "<u>Petition Date</u>") or as close thereto as reasonably practicable under the circumstances.

**<u>Basis of Presentation</u>**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("<u>GAAP</u>"), nor are they intended to fully reconcile to any financial statements prepared by the Debtors.  Additionally, the Schedules and Statements reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

**<u>Recharacterization</u>**.  The Debtors may seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in or excluded from the Schedules and Statements, and the Debtors and their estates reserve all rights in this regard.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

a.  **Current Market Value – Net Book Value**.  The Debtors do not have current market valuations for all estate assets.  Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements), and may not reflect the net realizable value.

b.  **First Day Orders**.  Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Court (the "First Day Orders"), the Debtors and their estates are authorized to pay certain pre-petition claims, including, without limitation, certain claims relating to employee wages and benefits, claims for taxes and fees, and claims related to insurance programs.  Accordingly, certain claims on the Schedules and Statements have been, or may in the future be, satisfied pursuant to the First Day Orders.  However, in most instances, amounts paid under the First Day Orders are excluded from the Schedules and Statements.

c.  **Setoffs**. To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, claims of creditors listed may not reflect all such setoffs. The Debtors and their estates reserve all rights with respect to any such setoffs.

d.  **Payables, Credits and Adjustments**.  Claims of creditors are listed in the amounts recorded on the Debtors' books and records, based on invoices received and other relevant documentation from or contracts with such creditors.  These amounts may not reflect certain credits, allowances or other adjustments due from such creditors to the Debtors.

e.  **Leases**.  Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired).

f.  **Executory Contracts and Unexpired Leases**.  Executory contracts and unexpired leases have been set forth on Schedule G but are incorporated into Schedule A/B as applicable.  The Schedules and Statements do not reflect any claims for rejection damages.

**Unknown or Undetermined Amounts**.  Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

**Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the

preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deems appropriate in this regard.

**Insiders**. The Debtors have attempted to include all payments made on or within 12 months before the Petition Date to any individual or entity deemed an "insider." An individual or entity may be an "insider" if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtors so as to dictate corporate policy and the disposition of corporate assets.

The listing of a party as an "insider" or the inclusion of transactions with any party designated as such in the Schedules and Statements is made here to provide parties in interest with information and is not intended to be nor should be construed as a legal characterization of such party as an insider or to reflect any legal conclusions made by the Debtors and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved. Furthermore, certain of the individuals identified above may not have been insiders for the entirety of the 12-month period, but the Debtors have included them herein out of an abundance of caution. The Debtors reserve all rights with respect thereto.

**Estimates**. The Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

**Classifications**. Listing a claim (a) on Schedule D as "secured," (b) on Schedule E/F as "unsecured priority," or "unsecured non-priority," or (c) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates to amend these Schedules and Statements to recharacterize or reclassify any claim or contract.

**Claims Description**. The Debtors and their estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated."

## NOTES FOR SCHEDULES

### Schedule A/B – Assets – Real and Personal Property.

As set forth above, all values for personal property identified in Schedule A/B are net book value as of the Petition Date, unless otherwise stated.

***Part 1, Item 3***. As described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued (A) Use of Cash Management System, (B) Use of Prepetition Bank Accounts and Certain Payment Methods, (C) Performance of Intercompany Transactions in the Ordinary Course of Business and Granting Administrative Expense Status for Postpetition*

*Intercompany Claims, and (D) Interim Suspension of Section 345(b) Deposit and Investment Requirements; and (II) Granting Related Relief*, Debtor Arsenal Health, LLC ("Arsenal Health") administers self-funded employee benefit programs for its health plan sponsors. To facilitate Arsenal Health's administration of these self-funded healthcare benefit plans, each of Arsenal Health's customers typically enter into an Administrative Services Agreement containing the terms on which Arsenal Health administers the customer's plan. The Administrative Services Agreements provide that Arsenal Health is a fiduciary of the plans within the meaning of ERISA and, as a fiduciary, Arsenal Health is required to hold any assets of the plans it receives from its customers in trust for the benefit of plan participants. The account with FirstBank was established to hold such funds and, as of the petition date, held approximately $362,000 in trust. Accordingly, Arsenal Health had no interest in the cash, and therefore the cash value is not listed in response to Item 3. Since the Petition Date, the deposits to in the FirstBank account were rejected and funds have been credited back to the Debtors' customers, and the Debtors will be closing the FirstBank account. Additionally, since the Petition Date, Arsenal Health has begun the process to establish segregated customer-specific trust accounts with Bank of America to hold monies that it receives from its customers pursuant to the Administrative Services Agreements.

**Part 2, Item 7.** The Court has entered an order [D.I. 34] authorizing the Debtors provide adequate assurance of payment for future utility services, including an initial deposit in the sum of $150.00. Such deposit is not listed on Schedule A/B, which is presented as of the Petition Date.

**Part 7: Office Furniture, Fixtures, and Equipment; Collectibles**. The amount listed for the Debtors' assets in this section is the book value for such assets as of December 31, 2022.

**Part 10: Intangibles and Intellectual Property**. Certain intangibles or intellectual property are listed on Schedule A/B, Part 10 with an unknown or undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors.

**Part 11, Item 73.** The amounts listed here represent Arsenal Insurance Management, LLC's ("Arsenal Insurance") interest in the policies on the basis of prepaid premiums. Arsenal Health is also listed as an additional insured on each of these policies, and, accordingly, the same values are reflected on Arsenal Health's Schedules. The figures here do not represent the cash value of the policies.

**Part 11, Item 74.** The Debtors may not have listed all of their respective causes of action or potential causes of action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws (including, but not limited to, intellectual property laws).

**Schedule D – Creditors Who Have Claims Secured by Property**. The Debtors have not included on Schedule D all parties, if any, that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies or other parties that may hold security interests.

**Schedule E/F – Creditors Who Have Unsecured Claims**.

***Part 1***.  At the time of the filing of the Schedules and Statements, the Debtors are not able to determine the priority amount, if any, for certain employee claims for paid time off.  The Debtors intend to pay employee claims for paid time off, if any, in the ordinary course pursuant to applicable state law, all as set forth more fully in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses, and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [D.I. 10].

***Part 2***.  Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors; accordingly, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts.  Where able, the Debtors have reflected claims on Part 2 of Schedule E/F net of deposits, retainers, and prepayments.

**Schedule G – Executory Contracts and Unexpired Leases**.  Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease.  Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable.  The agreements listed on Schedule G may have expired, or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G.  Additionally, certain of the agreements listed on Schedule G may automatically renew at the end of the current term.  The Debtors have identified the remaining period of the current term of such agreements notwithstanding any automatic renewal provisions that may remain applicable.

**Schedule H – Co-Debtors**.

The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, and other such agreements.  The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

The Debtors are involved in pending or threatened litigation.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties.  Because all such claims are contingent, disputed, or unliquidated, such claims have not been set forth individually on Schedule H.

## NOTES FOR STATEMENTS

**Statement 3**.  Any values listed in this section are separate and not repeated in Statement 4 (payments or other transfers of property made within 1 year before filing this case that benefited any insider) or Statement 11 (payments related to bankruptcy within 1 year of filing).  Please refer to those sections for payments related to those parties.

**<u>Statement 4</u>**.  Payments to certain of the Debtors' current officers are made by a non-Debtor affiliate, and therefore do not appear listed in Statement 4.

**<u>Statement 11</u>**.  All payments related to the bankruptcy are reflected in Statement 11 of Arsenal Insurance, who made such payments on behalf of all of the Debtors.

**<u>Statement 14</u>**.  The Debtors maintained a registered agent's office in certain states pursuant to state regulatory laws.  However, the Debtors did not have a physical presence in those states, and therefore do not identify them herein.

**<u>Statement 16</u>**.  Debtors Arsenal Insurance and Arsenal Health collect personally identifiable information from individuals who are participants under the employee benefit plans administered by Arsenal Health.  This information includes information such as, but not limited to, customers' names, gender, age, birthday, addresses, and phone numbers.  This information is subject to a privacy policy.

**<u>Statement 26(d)</u>**.  From time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, vendors, landlords, debtholders and their legal and financial advisors.  Due to the confidentiality requirements of certain related non-disclosure agreements, and the number of parties that have received such statements, such parties are not listed in response to this question.

**<u>Statement 30</u>**.  The Debtors have included a response to Statement 30 in Statement 4.

Debtor   **Arsenal Health, LLC**                                            Case number (if known)  **23-10098**
         Name

**Fill in this information to identify the case:**

Debtor name   **Arsenal Health, LLC**

United States Bankruptcy Court for the:   **District of Delaware**

Case number (if known)   **23-10098**                        ☐ Check if this is an
                                                               amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals         12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a.  **Real property:**
        Copy line 88 from Schedule A/B............................................................   $   **0.00**
                                                                                                      **plus undetermined amounts**

   1b.  **Total personal property:**
        Copy line 91A from Schedule A/B.........................................................   $   **90,630.21**
                                                                                                      **plus undetermined amounts**

   1c.  **Total of all property:**
        Copy line 92 from Schedule A/B...........................................................   $   **90,630.21**
                                                                                                      **plus undetermined amounts**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...........................   $   **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................   $   **0.00**

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................   +$   **641,299.98**

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b                                                                                  $   **641,299.98**

**Fill in this information to identify the case:**

Debtor name     **Arsenal Health, LLC**

United States Bankruptcy Court for the:     **District of Delaware**

Case number (if known)     **23-10098**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on Hand**

| | |
| --- | --- |
| 2.1 | $0.00 |

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts**

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 | Bank of America | Checking | 1585 | $0.00 |
| 3.2 | FirstBank | Checking | 6774 | $0.00 |

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

4. **Other cash equivalents** *(Identify all)*

| | |
| --- | --- |
| 4.1 | $0.00 |

Debtor    **Arsenal Health, LLC**                                    Case number (*if known*) **23-10098**
      Name

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

      **$0.00**

---

**Part 2:**    **Deposits and Prepayments**

6.  **Does the debtor have any deposits or prepayments?**

    ■ No. Go to Part 3.

    ☐ Yes. Fill in the information below

| | | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1 | | $0.00 |

| | | Current value of debtor's interest |
|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.1 | | $0.00 |

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.

      **$0.00**

---

**Part 3:**    **Accounts receivable**

10.  **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.

     ■ Yes. Fill in the information below

Debtor    **Arsenal Health, LLC**_____    Case number (*if known*) **23-10098**
           Name

|  | | | | | **Current value of debtor's interest** |
|---|---|---|---|---|---|

**11.**    **Accounts receivable**

11a. 90 days old or less:    $381,419.10 / face amount    -    ($368,748.00) / doubtful or uncollectible accounts    =    $12,671.10

11b. Over 90 days old:    $2,836,713.40 / face amount    -    ($2,836,713.40) / doubtful or uncollectible accounts    =    $0.00

**12.**    **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$12,671.10**

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

14.1    |  |  | $0.00 |

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership

15.1    |  |  | $0.00 |

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

16.1    |  |  | $0.00 |

| Debtor | Arsenal Health, LLC | Case number (*if known*) | 23-10098 |
|---|---|---|---|
| | Name | | |

17. **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

$0.00

**Part 5:**    Inventory, excluding agriculture asset

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| 19.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **20.** **Work in progress** | | | | |
| 20.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.** **Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **22.** **Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$0.00

Debtor    **Arsenal Health, LLC**                                                    Case number (*if known*)    **23-10098**
　　　　　Name

24.    **Is any of the property listed in Part 5 perishable?**

　　　　■ No.

　　　　☐ Yes.

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

　　　　■ No.

　　　　☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

　　　　■ No.

　　　　☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.    **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

　　　　■ No. Go to Part 7.

　　　　☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28.    **Crops-either planted or harvested**

| 28.1 | | | | $0.00 |
|---|---|---|---|---|

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

29.    **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

| 29.1 | | | | $0.00 |
|---|---|---|---|---|

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

30.    **Farm machinery and equipment** *(Other than titled motor vehicles)*

| 30.1 | | | | $0.00 |
|---|---|---|---|---|

Debtor    **Arsenal Health, LLC**                                    Case number (*if known*)  **23-10098**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **31.** | **Farm and fishing supplies, chemicals, and feed** | | |
| 31.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **32.** | **Other farming and fishing-related property not already listed in Part 6** | | |
| 32.1 | | | $0.00 |

**33.** **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.** **Is the debtor a member of an agricultural cooperative?**

■ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

■ No.

☐ Yes.

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

■ No.

☐ Yes. Book value _____  Valuation method _____  Current Value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

■ No.

☐ Yes.

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

■ No.

☐ Yes.

| Debtor | **Arsenal Health, LLC** | | Case number (*if known*) | **23-10098** |
|---|---|---|---|---|
| | Name | | | |

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.

☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **40.** **Office fixtures** | | | |
| 40.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** **Office equipment, including all computer quipment and communication systems equipment and software** | | | |
| 41.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42.** **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86

| | |
|---|---|
| | **$0.00** |

| Debtor | Arsenal Health, LLC | Case number (*if known*) | 23-10098 |
|---|---|---|---|
| | Name | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

▪ No.

☐ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

▪ No.

☐ Yes.

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

▪ No. Go to Part 9.

☐ Yes. Fill in the information below

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **48.    Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors,floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **49.    Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |

| Debtor | Arsenal Health, LLC | | Case number (*if known*) | 23-10098 |
|---|---|---|---|---|
| | Name | | | |

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | | | | $0.00 |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | $0.00 |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No.

☐ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below

| | Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|---|
| 55. | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.1 | 5151 Hampstead High Street,<br>Ste. 200, Montgomery, AL,<br>36116 | Lease | $0.00 | Book Value | Undetermined |

Debtor    **Arsenal Health, LLC**                                              Case number (*if known*)    **23-10098**
_____                                      _____
Name

| 56. | **Total of Part 9.** | | |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.1 and entries from any additional sheets. Copy the total to line 88 | | **Undetermined** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No.

☐ Yes.

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No.

☐ Yes.

---

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.    Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.    Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |

---

Debtor **Arsenal Health, LLC**
Name

Case number (*if known*) **23-10098**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **63.** | **Customer lists, mailing lists, or other compilations** | | |
| 63.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **64.** | **Other intangibles, or intellectual property** | | |
| 64.1 Intellectual Property Assignment Agreement - JMRT rating tool | $0.00 | Book Value | Undetermined |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **65.** | **Goodwill** | | |
| 65.1 | | | $0.00 |

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

**Undetermined**

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No.

☐ Yes.

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No.

☐ Yes.

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No.

☐ Yes.

Debtor    **Arsenal Health, LLC**                                      Case number (*if known*)  **23-10098**
_____                        _____
Name

| **Part 11:** | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes. Fill in the information below

|  | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 71.1 | | $0.00 |
| | Total face amount        doubtful or uncollectible amount | |

|  | | **Current value of debtor's interest** |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 72.1 | | $0.00 |

|  | | **Current value of debtor's interest** |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |
| 73.1 | Crime | $1,426.98 |
| 73.2 | Cyber Liability | $3,804.68 |
| 73.3 | D&O / EPLI | $30,441.81 |
| 73.4 | Directors & Officers Liability (6-year Tail) | $35,282.10 |
| 73.5 | Excess E&O Liability | $1,094.24 |
| 73.6 | Primary E&O Liability | $1,915.35 |
| 73.7 | Workers Compensation | $3,993.95 |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | **Current value of debtor's interest** |
|---|---|---|
| 74.1 | Arsenal Health, LLC, et al v. W. McCain Ashurst II, et at.  03-cv-2021-900256 | |
| | **Nature of claim**    Claims for (1) misappropriation of trade secrets, (2) breach of fiduciary duty, (3) intentional interference with business relations, (4) trademark infringement, (5) common law unfair competition, (6) trademark dilution, (7) disparagement and tortious interference with a business relationship, (8) infringement of an unregistered trademark, (9) misappropriation of trade secrets, (10) injunctive relief | Undetermined |
| | **Amount requested**    Undetermined | |

Debtor   **Arsenal Health, LLC**                                          Case number (*if known*)   **23-10098**
_____
Name

|  | Current value of debtor's interest |
|---|---|
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 75.1 _____ | $0.00 |

|  | Current value of debtor's interest |
|---|---|
| 76. **Trusts, equitable or future interests in property** | |
| 76.1 _____ | $0.00 |

|  | Current value of debtor's interest |
|---|---|
| 77. **Other property of any kind not already listed Examples:** Season tickets, country club membership | |
| 77.1 _____ | $0.00 |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

> **$77,959.11**
> **plus undetermined amounts.**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No.

☐ Yes.

Debtor **Arsenal Health, LLC**　　　　　　　　　　　　　　Case number (*if known*) **23-10098**
　　　Name

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $12,671.10 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................................> | | Undetermined |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $77,959.11 plus undetermined amounts. | |
| 91. **Total. Add lines 80 through 90 for each column** | $90,630.21 plus undetermined amounts. | +91b. Undetermined |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $90,630.21 plus undetermined amounts. |

**Fill in this information to identify the case:**

Debtor name    **Arsenal Health, LLC**

United States Bankruptcy Court for the:    **District of Delaware**

Case number (if known)    **23-10098**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| | Column A Amount of claim | Column B Value of collateral that supports this claim |
| --- | --- | --- |
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Do not deduct the value of collateral. | |
| 3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $0.00 | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name        **Arsenal Health, LLC**

United States Bankruptcy Court for the:        **District of Delaware**

Case number (if known)        **23-10098**

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:        List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

Debtor   **Arsenal Health, LLC**_____   Case number (if known)   **23-10098**_____
         Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
| | | ☐ Contingent | **$452,883.00** |
| | Beyond Risk Management, Inc. | ■ Unliquidated | |
| | 3101 N. Central Avenue | ☐ Disputed | |
| | Ste. 400 | | |
| | Phoenix AZ 85012 | | |
| | **Date(s) debt was incurred** 01/01/2023 | **Basis for the claim:** Intercompany | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
| | | ☐ Contingent | **$3,900.00** |
| | DocuSign, Inc. | ■ Unliquidated | |
| | 221 Main Street | ☐ Disputed | |
| | Suite 1550 | | |
| | San Francisco CA 94105 | | |
| | **Date(s) debt was incurred** 01/01/2022 | **Basis for the claim:** Service subscription | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
| | | ☐ Contingent | **$18,000.00** |
| | Insuriun II, LLC | ■ Unliquidated | |
| | 910 Ravenwood Drive | ☐ Disputed | |
| | Selma AL 36701 | | |
| | **Date(s) debt was incurred** 12/13/2022 | **Basis for the claim:** Customer Passthrough Expense | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
| | | ☐ Contingent | **$6,607.60** |
| | Iron Reassurance Company, LLC | ■ Unliquidated | |
| | 5151 Hampstead High St. | ☐ Disputed | |
| | Suite 200 | | |
| | Montgomery AL 36116 | | |
| | **Date(s) debt was incurred** 12/31/2022 | **Basis for the claim:** Remaining Captive fees due (5%) | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
| | | ☐ Contingent | **$151,458.38** |
| | Milliman, Inc | ☐ Unliquidated | |
| | 15800 W. Bluemound Road | ☐ Disputed | |
| | Suite 100 | | |
| | Brookfield WI 53005 | | |
| | **Date(s) debt was incurred** 10/20/2022 | **Basis for the claim:** Installment for Medical stop loss actuarial services | |
| | **Last 4 digits of account number** 3188 | **Is the claim subject to offset?** ■ No ☐ Yes | |

Debtor   **Arsenal Health, LLC**
Name

Case number (if known)    **23-10098**

|  | Amount of claim |
|---|---|

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$8,451.00** |
|---|---|---|---|

■ Contingent
■ Unliquidated
■ Disputed

Tuggle Duggins, P.A.
PO Box 288
Greensboro NC 27402

**Date(s) debt was incurred** 11/09/2022

**Last 4 digits of account number**

**Basis for the claim:** Professional Services

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | Arsenal Health, LLC | Case number (if known) | 23-10098 |
|--------|---------------------|------------------------|----------|

Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|--------------------------|----------------------------------------------------------------------------|------------------------------------------|

Debtor    **Arsenal Health, LLC** _____ Case number (if known)   **23-10098** _____

Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **641,299.98** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **641,299.98** |

**Fill in this information to identify the case:**

Debtor name    **Arsenal Health, LLC**

United States Bankruptcy Court for the:    **District of Delaware**

Case number (if known)    **23-10098**

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property
(Official Form 206A/B).

| 2.List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 11/01/22 | |
| | State the term remaining | 9 Months | |
| | List the contract number of any government contract | | B.L.S. Restaurant L.L.C.<br>1154 West Beach Blvd, Suite E<br>Gulf Shores AL 36542 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 07/01/22 | |
| | State the term remaining | 5 months | |
| | List the contract number of any government contract | | Billy's Paint & Body<br>820 Old Highway 431<br>Headland AL 36345 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 02/01/22 | |
| | State the term remaining | 6 days | |
| | List the contract number of any government contract | | Bowling Family Medical Clinic<br>1369-A GEORGE WALLACE HWY<br>Russellville AL 35654 |

Debtor    **Arsenal Health, LLC**                                    Case number (if known)    **23-10098**

Name

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 09/01/22 | |
|---|---|---|---|
| | State the term remaining | 7 months | |
| | List the contract number of any government contract | | Bryan L Parker CPA LLC<br>2501 Meadowview Lane, Suite 201<br>Pelham AL 35124 |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 10/01/22 | |
| | State the term remaining | 8 months | |
| | List the contract number of any government contract | | Cross Roads Church of God<br>10777 County Road 138<br>Bay Minette AL 36507 |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 03/01/22 | |
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | Darden Green Company Inc<br>3378 Wood Drive Circle NE<br>Birmingham AL 35215 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 09/01/22 | |
| | State the term remaining | 7 months | |
| | List the contract number of any government contract | | Deep South Decorative Concrete<br>1400 County Hwy 12<br>Oneonta AL 35121 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 08/01/22 | |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | DEFT Dynamics<br>3029 4th Avenue S<br>Birmingham AL 35233 |

| Debtor | **Arsenal Health, LLC** | | Case number (if known) | **23-10098** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 08/01/22 | | |
| | State the term remaining | 6 months | | |
| | List the contract number of any government contract | | Diamond J Industries Inc 1070 East Main Street Liberty MS 39645 | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 06/01/22 | | |
| | State the term remaining | 4 months | | |
| | List the contract number of any government contract | | Emery Wings LLC DBA Coop DeVille 401 Pelham Road South Jacksonville AL 36265 | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Lease of 5151 Hampstead High Street, Suite 200, Montgomery, AL  36116; 12/19/19 | | |
| | State the term remaining | 11 months | | |
| | List the contract number of any government contract | | Hampstead Town Center, LLC 5151 Hampstead High Street Montgomery AL 36116 | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 07/01/22 | | |
| | State the term remaining | 5 months | | |
| | List the contract number of any government contract | | HLW Pubs LLC dba Session 1200 21st Avenue Northport AL 35476 | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 09/01/22 | | |
| | State the term remaining | 7 months | | |
| | List the contract number of any government contract | | Jimmy and Darreus Transportation LLC 5040 Coosada Ferry Road Montgomery AL 36110 | |

| Debtor | **Arsenal Health, LLC** | | Case number (if known) | **23-10098** |
|---|---|---|---|---|
| | Name | | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 02/01/22 | |
|---|---|---|---|
| | State the term remaining | 6 days | Kabasag, Inc. dba The Garage |
| | List the contract number of any government contract | | 5040 Coosada Ferry Road<br>Montgomery AL 36110 |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 05/01/22 | |
|---|---|---|---|
| | State the term remaining | 3 months | Maurin Architecture |
| | List the contract number of any government contract | | 601 Saint Anthony Street<br>Mobile AL 36603 |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 02/01/22 | |
|---|---|---|---|
| | State the term remaining | 6 days | MCM Vending, LLC |
| | List the contract number of any government contract | | PO Box 3475<br>Muscle Shoals AL 35662 |

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 02/01/22 | |
|---|---|---|---|
| | State the term remaining | 6 days | Met-tech Machining, Inc. |
| | List the contract number of any government contract | | 225 Jeanette E. Barrett Blvd<br>Wetumpka AL 36092 |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 07/01/22 | |
|---|---|---|---|
| | State the term remaining | 5 months | National 3PL |
| | List the contract number of any government contract | | 402 Appleford Road<br>Helena AL 35080 |

| Debtor | **Arsenal Health, LLC** | | Case number (if known) | 23-10098 |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 08/01/22 | |
|---|---|---|---|
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | Northport Funeral & Cremation Service 5404 Watermelon Road Northport AL 35473 |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 10/01/22 | |
|---|---|---|---|
| | State the term remaining | 8 months | |
| | List the contract number of any government contract | | Paws & Claws, LLC 5291 Valleydale Rd Suite 139 Birmingham AL 35242 |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 03/01/22 | |
|---|---|---|---|
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | Pursuit Engineering, Inc. 323 E. Glenn Ave Auburn AL 36830 |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 02/01/22 | |
|---|---|---|---|
| | State the term remaining | 6 days | |
| | List the contract number of any government contract | | RA-DON LLC 3204 S Eufaula Avenue Eufaula AL 36027 |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 11/01/22 | |
|---|---|---|---|
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | SafeSpray Pest Control 2850 Wyndham Industrial Drive Opelika AL 36804 |

**Schedule G: Executory Contracts and Unexpired Leases**

| Debtor | **Arsenal Health, LLC** | | Case number (if known) | **23-10098** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 04/01/22 | |
| --- | --- | --- | --- |
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | Selikoff Center Inc<br>P.O. Box 20908<br>Montgomery AL 36120 |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 04/01/22 | |
| --- | --- | --- | --- |
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | Spencer Management Group Inc. dba Image Arts<br>213 Country Club Park<br>Mountain Brook AL 35213 |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 05/01/22 | |
| --- | --- | --- | --- |
| | State the term remaining | 3 months | |
| | List the contract number of any government contract | | Starr Insurance Group LLC<br>1736 W 2nd St<br>Montgomery AL 36106 |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 05/01/22 | |
| --- | --- | --- | --- |
| | State the term remaining | 3 months | |
| | List the contract number of any government contract | | The Grounds Guys of Huntsville<br>240 Glover Road<br>Owens Crossroads AL 35763 |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 02/01/22 | |
| --- | --- | --- | --- |
| | State the term remaining | 6 days | |
| | List the contract number of any government contract | | Tree Professional Inc.<br>35300 County Road 8<br>Florence AL 35634 |

Debtor **Arsenal Health, LLC** _____ Case number (if known) <u>23-10098</u>

      Name

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 09/01/22 | |
|---|---|---|---|
| | State the term remaining | 7 months | |
| | List the contract number of any government contract | | Tri-Fab Steel, Inc<br>2612 24th St N<br>Birmingham AL 35234 |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 05/01/22 | |
| | State the term remaining | 3 months | |
| | List the contract number of any government contract | | United Building Supply<br>2402 Florence Blvd<br>Florence AL 35630 |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Customer; 02/01/22 | |
| | State the term remaining | 6 days | |
| | List the contract number of any government contract | | WEAGLE INC<br>1693 Fairway Drive<br>Auburn AL 36830 |

**Fill in this information to identify the case:**

Debtor name __Arsenal Health, LLC__

United States Bankruptcy Court for the: __District of Delaware__

Case number (if known) __23-10098__

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor name    **Arsenal Health, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **23-10098**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and Signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 23, 2023**     X **/s/ Mike Wyse**
                                         Signature of individual signing on behalf of the debtor

                                         **Mike Wyse**
                                         Printed name

                                           **Chief Restructuring Officer**
                                           Position or relationship to debtor